U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
OCT 15 2010
AT_____O'CLOCK_____
Lawrence K. Baerman, Clerk - Syracuse

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

HAROLD D. GRIFFIN,

                            Plaintiff,

-against-

                            Partial.
                            STIPULATION OF DISCONTINUANCE
                            6:09-CV-0717(NAM/GHL)

VILLAGE OF FRANKFORT, NEW YORK
STEVEN CONLEY, SAMUEL AMEDURI
FRANK MORACCO, RONALD VIVACQUA
AND JEFFREY VIOLA,

                            Defendants.

***IT IS HEREBY STIPULATED AND AGREED***, by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued against the defendant, Samuel Ameduri, with prejudice, without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: September 20, 2010

MARK A. WOLBER, ESQ.

By: _____
MARK A. WOLBER, ESQ.
*Attorney for Plaintiff*
239 Genesee Street
Utica, NY 13501

Dated: October 7, 2010

BURKE, SCOLAMIERO, MORTATI &
HURD, LLP

By: _____
ADAM C. HOVER, ESQ
*Attorneys for Defendants*
9 Washington Square, Suite 201
P.O. Box 15085
Albany, New York 12212-5085

                           **IT IS SO ORDERED.**

                           _____
                           Norman A. Mordue
                           **Chief Judge**

                           Dated: 10-15-10

{A0147981 1 }